## Law Offices of
## Michael J. Andrews, P.C.

June 19, 2008

BY FACSIMILE (914) 390-4179

Chambers,
The Honorable Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: Rotenberg et al v. Town of Mamaroneck et al.
08 cv 4703 (SCR)

Dear Judge Robinson:

The undersigned is counsel for the plaintiffs in the above matter. The Court has directed the parties to submit a proposed case scheduling order by June 30, 2008. I write to request a 30 day enlargement of time. I have spoken with counsel for defendants Town of Mamaroneck and Ronald Carpaneto (the municipal defendants) and they do not oppose the request. No prior request has been made.

The request is made at this time because the undersigned, a sole practitioner, will be out of the office next week and, as of today, the defendants Greenwald have not responded to the complaint. Additionally, counsel for the municipal defendants requested an enlargement of time to answer the complaint until July 18, 2008.

It is hoped that the defendants Greenwald will have entered an appearance prior to July 30, 2008 so that all parties can participate in drafting a proposed case scheduling order.

Thank you for your courtesies and consideration in this matter.

*Scheduling order is due July 30, 2008. Municipal defendants answer due July 18, 2008.*

**APPLICATION GRANTED**

*[signature]*
HON. STEPHEN C. ROBINSION

Respectfully submitted,
MICHAEL J. ANDREWS, P.C.

*[signature]*
Michael J. Andrews

cc: Ondine Slone, Esq.
    Miranda, Sokoloff, Sambursky, Slone & Vervenoitis, LLP
    via facsimile (516) 741-9060

*USDC SDNY DOCUMENT ELECTRONICALLY FILED*

60 East 42nd Street, Suite 4700, New York, NY 10165 • 212.557.7767 • 212.557.7765 (fax) • Andrews-Law@verizon.net