# EXHIBIT "E"

Jayne and Blaine Greenwald
2 Lafayette Road
Larchmont, NY 10538

Mr. and Mrs. Gary Rotenberg
Five Huguenot Drive
Larchmont, New York 10538

April 14, 2006

Dear Mr. and Mrs. Rotenberg:

This is to formally notify you of our concern re: the structural integrity of your retaining wall that separates our properties and to request that you employ the services of a structural engineer to evaluate the wall.

The wall has separations, with the top portion overhanging the bottom portion, and is very old. You informed us that the last engineer's report was conducted nearly two decades ago. Should the wall collapse, damage would occur to both of our properties and houses, not to mention the possibility of human injury. This letter also formally communicates to you that we hold you responsible for any such damage to our property, home or person resulting from the breakdown or collapse of your retaining wall.

You recently informed us that you are in the process of selling your house and requested permission for a mason to access the wall via our property to patch it up. When we indicated that you should first call in an engineer to evaluate the wall's continuing structural integrity—rather than put a cosmetic band-aid on a potentially greater problem—you said that you have no intention of bringing in an engineer. You stated: "It is my wall and I'll do what I want to it." We then denied your mason access to our property.

However, after prior discussion with us, we would be happy to provide access for an engineer evaluate the wall, and hope that in the spirit of both neighborliness, concern for your future buyers and the safety of all involved that you will arrange this. Such an evaluation may indicate that the wall is, in fact, structurally sound and safe, and just needs patching up. It is puzzling to us why you would not want to have the situation properly and professionally assessed before performing cosmetic repairs.

Thank you for your consideration, and we look forward to amicably resolving this important safety issue.

Sincerely,
Jayne and Blaine Greenwald
914-833-0521 (home); 914-588-2017 (cell)

cc: Ron Carpineta, Town of Mamaroneck Building Inspector

# EXHIBIT "F"



# Benedict A. Salanitro, P.E.

Civil Engineer
517 Linden Street
Mamaroneck, New York 10543

Telephone (914) 381-8055

14 June 2006

Mr. Ron Carpaneto, Director of Buildings
Town of Mamaroneck
740 W. Boston Post Road
Mamaroneck, New York 10543

        Re: 2 Lafayette Road Greenwald Residence / Retaining wall

Dear Mr. Carpaneto,

With reference to the above captioned location, please be advised I have been retained by the Greenwald's to provide them with a visual Engineering Assessment of the rear retaining wall abutting their property which is apparently owned by #5 Huguenot Drive.

It is my understanding that the owner of the wall is seeking to make cosmetic repairs to this wall, which varies in height from approximately 8 feet to 15 feet. This wall, in my professional opinion, will require extensive repairs, and said repairs will need an access agreement between the neighbors and should be designed by a Licensed Engineer or Architect.

The wall is primarily a wet masonry stone construction, with an upper portion of cement masonry units approximately 4 feet high, resting vertically above the stone portion. There are obvious signs of distortion, de-lamination of stone, water damage, rusting of steel tiebacks and upper wall failure that I have noted in my inspection. It was also noted that a portion of the "added" masonry wall acts as a parapet for 5 Huguenot Drive, where the driveway meets this wall, vehicles park and water seems to pond against.

I recommend that the vehicles be refrained from parking adjacent to this upper portion of wall and that immediate structural repairs, designed by a Licensed Engineer or Architect, are performed without delay.

Should you have any questions on this matter please feel free to contact me.

Very truly yours,

Benedict A. Salanitro, P.E.
Civil Engineer

# EXHIBIT "G"

**FAX MEMO**

TO: Ron Carpaneto, Town Building Inspector, 914-381-7809

C: Stephen V. Altieri, Town Administrator, 381-7809

FROM: Anthony Oliveri, P.E., Project Manager          OCT 27 2004

DATE: October 26, 2006

SUBJECT: 2 Lafayette Road – Retaining Wall

As requested we have observed the conditions with regard to the retaining wall in the rear yard of 2 Lafayette Road. The following are our observations and comments:

1. The existing wall consists of a stone and mortar wall with a maximum height of approximately 15 feet and a concrete block extension to this wall built directly on top of the stone wall with a maximum height of approximately 5 feet, resulting in a maximum combined height of approximately 20'.
2. The concrete block wall appears to have been built on top of the stone wall at some later undetermined date. This wall supports an asphalt parking area for the adjoining property on Huguenot Drive.
3. The stone and mortar wall seems to be in generally acceptable condition, not exhibiting any bow or lean, however there is a vertical crack about midway along the length of the wall extending to the top of the stone wall. An attempt to stabilize this condition seems to have been made by the addition of metal tiebacks which are apparent by the presence of metal plates, bolted on either side of the crack. These tieback plates are severely rusted and their integrity is questionable.
4. The concrete block wall sits atop the stone wall and does not seem to be original. A large gap exists along the joint of the block and stone walls. Multiple cracks along the joints can be seen as well as an obvious lean outward to the wall. In addition the wall has moved away from the face of the stone wall and overhangs it by at least 3 to 5 inches at one point. Apparently an attempt to stabilize this wall has also been made by the use of steel tiebacks; large plates and bolts are present on the face of the block wall. It is also possible that these tiebacks were original to the block wall construction.

Dolph Rotfeld Engineering, P.C.

5. In addition a return section of the stone wall is topped by a poured concrete wall which appears to be straight and true and does not exhibit the distress of the block wall.

Our recommendation is that as soon as possible a *qualified structural engineer* be engaged to do a thorough evaluation of the structural integrity of the entire wall. Certainly there are obvious conditions that suggest the block wall has moved and its stability is very questionable.

The property owner should refrain from driving vehicles or any heavy loading within 10' of this wall until the investigation is completed.

Should you have any questions, please feel free to call.

Thank you,

*[signature]*

2 Lafayette Road.doc

EXHIBIT "H"

1 Crossway  Scarsdale, NY 10583
Tel./Fax (914) 725-5095

November 27, 2006

Ronald A. Carpeneto, Building Inspector
Town of Mamaroneck
740 West Boston Post Road
Mamaroneck, NY 10543-3345

RECEIVED SEP 10 2007

Re: 5 Huguenot Drive - Larchmont, NY
    Rear yard retaining wall

Dear Ron:

On November 21, 2006 I visited 5 Huguenot Drive – Larchmont NY to observe the condition of the rear yard retaining wall. Following are my Observations, Conclusions, and Recommendations.

<u>Observations</u>
   <u>South facing retaining wall</u>
1. The construction of the retaining wall consist of a mortared rubble stone varying in height from approximately 8'-8" to 13'-6" upon which a concrete block wall has been installed varying in height from approximately 2'-0" to 4'-8". See Photographs 1 to 5. The length of the retaining wall is approximately 56'-2".

2. The eastern third of the mortared rubble stone retaining wall has some type of tie-back system installed at 8 locations. The steel plates and tie rods on the face of the mortared rubble stone retaining wall have severe corrosion. See Photographs 6 to 9 and 10 to 13 for the upper row and lower row. Respectively, from west to east. Also, note that the steel plate is missing from Photographs 8 and 12.

3. The mortar joints of the mortared rubble stone retaining wall have been sloppily repaired and have numerous locations where efflorescence is visible. See all the white staining on Photographs 1 to 5. There are also at least 5 locations where mortar is missing from the mortar joint.

- 1 -

5.  The mortared rubble stone retaining wall has three vertical cracks, two at the top of the wall and one at the bottom. See Photograph 15 for the eastern top vertical crack and the bottom vertical crack. The portion of the mortared rubble stone retaining wall to the left of the eastern to vertical crack has also displaced outward from the wall approximately ½" The western top vertical crack in not visible in Photograph 15 and is located approximately 1'-4' beyond the left edge. In Photograph 3 the western top vertical crack is a continuation of the vertical crack in the concrete block retaining wall located to the left of the left steel tie-back plate.

6.  The top of the mortared rubble stone retaining wall between the two top vertical cracks is bowing outward.

7.  The concrete block retaining wall has had some type of tie-back system installed at four locations. See Photographs 1 to 5. The steel plates visible on the face of the concrete block retaining wall have minor surface corrosion.

8.  The concrete block retaining wall has slid off the top of the mortared rubble stone retaining wall along an approximately 16'-0" long section. The amount of sliding varies from 0" to approximately 2" and back to 0". See Photographs 16 and 17.

9.  The concrete block retaining wall has many cracked or open mortar joints. See Photographs 18 to 24.

10. The concrete block retaining wall has two vertical cracks and one stepped crack. See Photographs 25 to 27, respectively.

11. Two concrete blocks at the bottom end of the stepped crack are significantly displaced. See Photograph 28.

12. The top of the concrete block retaining wall leans forward 1"+ between the second and third tie-back plates.

While observing the south facing retaining wall the south end of the east facing retaining wall was also observed.

1.  The construction of the east facing retaining wall consist of a mortared rubble stone wall approximately 10'-6" high upon which a poured concrete wall has been installed approximately 4'-8" high. See Photograph 29. The poured concrete retaining wall was placed against the concrete block retaining wall at the southeast corner, see Photograph 30, given that the concrete follows the irregular edge of the concrete block.

   system installed at three locations. The steel plates and tie rods visible on the face of the mortared rubble stone retaining wall have severe corrosion. See Photographs 31 to 33.

3. A vertical crack exist on the east facing mortared rubble stone retaining wall within 2'-6" of the southeast corner. See Photograph 34. This crack indicates that the south facing mortared rubble stone retaining wall moved south approximately 1".

Conclusions

1. Given the amount of corrosion observed on the tie-back system installed through the mortared rubble stone retaining walls and that two of the steel plates have fallen off the wall it is my professional opinion that the tie-back system no longer has the intended structural capacity to stabilize the mortared rubble stone retaining walls.

2. Given the amount of efflorescence on the mortared rubble stone retaining wall it is apparent that water is seeping through the original mortar joints. This indicates that the original mortar joints are either deteriorated, and/or, cracked and therefore are no longer bonding the rubble stones together. Given that the structural integrity of a rubble stone wall relies on the mortar to bond the stones together it is my professional opinion that the structural integrity, and safety, of the mortared rubble stone retaining wall is questionable.

3. Given:
   a. the amount of cracked or open mortar joints,
   b. the two vertical cracks and the one stepped crack,
   c. the approximately 2" of lateral displacement, and
   d. the 1"+ lean

   it is apparent that the concrete block retaining wall has undergone significant, and unusual, displacement. While a tie-back system has been installed to stabilize the concrete block retaining wall it is my professional opinion that the tie-back system is inadequate. The tie-backs are spaced to far apart for the concrete block wall to safely span between them.

Recommendations

1. The corroded tie-back system installed on the mortared rubble stone retaining wall shall be repaired by replacing all corroded steel with like-kind elements which are hot dip galvanized.

2. All the mortar joints with efflorescence on the mortared rubble stone retaining wall shall be removed to observe the condition of the original mortar joint. All deteriorated mortar shall be removed and replaced with Type N mortar. All cracked mortar joints shall be filled with epoxy injected into the crack.

3. All locations of missing mortar and/or stones in the mortared rubble stone retaining wall shall be filled with Type N mortar. Also, all cracked mortar joints shall be filled with epoxy injected into the crack.

4. Additional tie-backs shall be installed into the concrete block retaining wall so that the concrete block can safely span between the tie-backs. All new tie-backs shall be made with steel elements that have been hot dip galvanized. All the existing steel plates shall be removed and painted with two coats of cold galvanizing.

5. All broken concrete blocks shall be replaced. All cracked or open mortar joints shall be pointed with Type N mortar on both sides of the wall.

6. The two significantly displaced concrete blocks shall be replaced to prevent them from falling off the wall.

7. The vegetation growing out of the wall shall be killed with a herbicide and then cut back to the face of the wall.

8. The open joint between the mortared rubble stone and concrete block retaining wall shall be filled with Type N mortar.

9. All the vegetation growing over the wall shall be killed with a herbicide and not allowed to grow back.

Until all the recommendations are completed it is my professional opinion that the south face of this retaining wall is dangerous and:

  a. a construction fence shall be installed to prevent access to the upper tier of the rear yard of 2 Lafayette Road, and

  b. the retaining wall shall be monitored four times a year in January, March, May, and September. If evidence of new movement is observed a bracing system shall be installed a.s.a.p.

If you have any questions please give me a call at 914-725-5095.

