1  what term you used but you mentioned that were also
2  some other devices to allow water, could you
3  describe what those are?
4       A     Those are openings in the wall and
5  the openings are perhaps three or four inches in
6  diameter, which is designed or the intent was for
7  water to leak out.
8       Q     Are they also referred to as weep
9  holes?
10      A     That term is also used.
11      Q     Do you recall, approximately, how
12 many of those weep holes existed in the wall?
13      A     I would guess but I don't recall I
14 don't have any photos handy but I think it is
15 probably six or eight wholes in the wall, I don't
16 recall any in the block wall.
17      Q     Ordinarily, when constructing a
18 wall of this size, are those weep holes installed
19 during the original construction or are they
20 something that would have come later?
21      A     It was my feeling by looking at
22 this wall that work was done later, simply because
23 it was not done in the left three thirds of the
24 wall as you look in from the Lafayette side but
25 only on the side where they seem to be some

1    corrective work to the stone wall.

2             Q       Corrective work meaning the the--

3             A       The weep holes and tie rods that we

4    saw within the stone wall.

5             Q       Could you describe for the Court

6    the upper portion of the wall and what you observed

7    from the 5 Huguenot Drive side of the property?

8             A       I know that first going into the

9    property I noted that the driveway surface was

10   fairly young, it looked new.

11                    At the end of the driveway is the

12   wall and the inside surface has been coated with

13   stucko. I observed that this were no cracks in

14   stucko and no separation.

15                    About three to five feet from the

16   wall there were wheel stops, concrete devices to

17   prevent cars going too far forward and the edge of

18   the or the surface of the asphalt has been

19   contoured to divert the water from that area as you

20   are looking down the driveway to the right of the

21   yard.

22                    The left side of that wall has a

23   concrete top aged undetermined, the block wall had

24   been recently resurfaced with stucko and there were

25   no cracks or signs of movement.

1      Q      What effect, if any, does the

2    resealing or repaving of the driveway have on the

3    wall?

4      A      Well several benefits obviously,

5    it's easier to drive in, it is more convenient for

6    purposes but in this particular case it helped seal

7    the soil and diminish the amount of water that will

8    get behind the wall.

9      Q      What effect, if any, does the

10   contouring, as you put it, of the driveway toward

11   the wall --

12     A      I would think that the intent is to

13   take that water and divert it to side of the wall

14   or side yard where there is less of an impact on

15   that wall.

16     Q      With regard to the wheel stops,

17   what purpose do they serve?

18     A      Well, again, probably several

19   purposes. One of them would be to prevent a car

20   from hitting the wall and the other is to keep

21   vehicles away from the wall, a reasonable distance.

22     Q      You testified that there was a

23   fairly new stucko coating on the wall as well?

24     A      Yes.

25     Q      What, if any, purpose does that

1      serve?

2              A       The purpose I think was to act as--

3      well, again, there are several reasons for that

4      being done, the aesthetics obviously but it also

5      acts as a water seal to some degree.

6              Q       Mr. Annunziata, you testified and

7      again, I don't recall what word you used but you

8      testified that you observed a shifting, some

9      shifting in the wall?

10             A       Yes, the upper wall, yes.

11             Q       Is that right?

12             A       Yes.

13             Q       Do you have an opinion as to when

14     that shifting took place?

15             A       That is hard to judge but I am of

16     the opinion that it has not happened in quite some

17     time. Again, I can't tell if there were repairs

18     done using the steel plates, the rod, the deadman

19     correct that or that was part of the original

20     design and this was some movement that stabilized

21     that after but my guess is that it's quite some

22     time back and I would say probably fifteen years.

23             Q       Is it possible for you to indicate

24     to the Court whether it's more possible than not

25     that those steel plates and deadman were installed

1    during the original construction or offer as a
2    reparative measure?

3           A       I thought about that several times
4    and in my original opinion it was probably the
5    original construction but the more I think about it
6    and go over there and look at it, it was done as a
7    corrective measure later on but in either case, it
8    was to try to keep this wall from moving.

9           Q       As a result of your visit to the
10   site and your inspection and evaluation, do you
11   have an opinion today, Mr. Annunziata with regard
12   to the structural stability of first the stone wall
13   below?

14          A       Yes, I consider the condition to be
15   stable.

16          Q       What is your opinion as to the
17   structural stability of the top portion of the
18   block wall?

19          A       I think it's stable.

20          Q       I don't think anybody has testified
21   about this but could you describe for the Court
22   when building a wall of that type, and I'm
23   referring to that stone wall below, does it just
24   sit on top of the ground or something else?

25          A       Usually, the stones are further

1    below the grade and they are larger and thicker and
2    then they just build up, slowly almost like a
3    narrow pyramid.

4            Q       What is the purpose of building in
5    that --

6            A       The weight of the stone, which is
7    quite heavy, is ment to retain the soil behind it
8    and I guess the density of the wall is also part of
9    the intent of holding the soil behind.

10           Q       Mr. Annunziata, over the course of
11   your career, as a professional engineer, civil
12   engineer, how many occasions would you say,
13   estimate for us, that you have inspected or been
14   involved in the design of a retaining wall?

15           A       Dozens and I looked at walls that
16   needed repair. I looked at walls that should have
17   been taken down a long time ago. I designed walls
18   so they would not fail and part of the general work
19   I do is the consulting work, I am involved with
20   things such as retaining walls.

21                   This wall is a very, very old wall,
22   I suspect it was done on the property of 5
23   Huguenot, which is old. So, it is just one of those
24   walls that stood for god knows how many years,
25   seventy-five, eighty-five years, it's an old wall.

1      MRS. HULLINS: I have nothing

2   further, Your Honor.

3           THE COURT: I have two points of

4   information to clear in my own mind for the

5   picture of wall. You described the stone

6   wall as a gravity wall; is that correct and

7   then could you define that for me?

8   A     Yes, it's the weight of the wall is

9   pulled by gravity. It is such a heavy

10  substance that it sits there and resists

11  forces.

12          Now a days, walls like that are

13  pretty expensive to build and generally

14  they are not done but in areas of Larchmont

15  where there was so much stone excavated,

16  they used the stone on the site to build

17  the wall and just by the heavy weight,

18  gravity of it, they lasted.

19          THE COURT: If you are standing in

20  the Huguenot Drive property and facing the

21  wall, what is the height of wall that is

22  visible to you as you are standing in the

23  driveway.

24  A     I would say two and a half feet,

25  three feet and it's the block portion that

is visible that is covered with stucko.

THE COURT: Mrs. Fiore, cross

examination?

MRS. FIORE: Yes.

CROSS EXAMINATION BY MRS. FIORE:

Q    If you are standing in the driveway

of 5 Huguenot, you can't see the stone wall; am I

misunderstood?

A    Well, in the immediate area you

can't see. Again, looking from the driveway down

you could see the stone portion on the right side

but on left side you could see the stucko portion.

Q    Because it's a tapered wall, is

that what you are saying?

A    It's not perfectly level.

Q    Does the driveway intersect at the

most left portion of the wall or somewhere else?

A    Say that again.

Q    The driveway, does it intersept

with the wall on the far left side or somewhere

else?

A    Where the driveway meets the block

wall as well as the concrete wall on the left as

you are looking down the driveway.

Q    Did you have an opportunity and I

1    don't recall from your testimony, to observe the

2    wall from the Lafayette side?

3            A       Yes.

4            Q       Where were you standing with

5    respect of the Lafayette property when you observed

6    the wall?

7            A       I actually moved quite bit because

8    I took three photos and I looked at it from the

9    side part where the wall was concrete all the way

10   over to the other side and I actually walked along

11   the lower portion of the wall.

12           Q       How much of the stone wall is

13   visible where were you standing on the Lafayette

14   side?

15           A       Except for whatever is below grade,

16   the rest of the wall is visible.

17           Q       The entire structure?

18           A       Yes.

19           Q       How high is the wall at that point?

20           A       I would guess fifteen feet, twelve

21   feet.

22           Q       Including the second concrete block

23   portion?

24           A       Just the stone and then the upper

25   portion is four or five.

1          Q      You testified that the wall was
2    probably very old?
3          A      My guess.
4          Q      Is the adjacent property, the home
5    is constructed on also very, very old?
6          A      The stone part, I would say was
7    original to that property.
8          Q      Do you know, approximately, how old
9    is the property?
10         A      By the age of the house, I would
11   guess around a 1920 house.
12         Q      You don't know for sure?
13         A      No, not for sure but the
14   architecture and location, probably 1920.
15         Q      So, the wall would have been
16   constructed probably some point in time --
17         A      That would be my guess, the same as
18   the house.
19         Q      Did you notice any water damage on
20   the stone portion of the wall?
21         A      One of the times I was there was
22   wetness but I don't know about water damage.
23         Q      Is that common in stone walls?
24         A      Yes.
25         Q      If that condition is left

1    uncorrected in stonewalls, in your experience, what

2    happens?

3              A      Say that again.

4              Q      In your experience, what happens if

5    these corrected conditions are left uncorrected or

6    unrepaired?

7              A      It all depends also on the

8    conditions that occur behind the wall, the

9    thickness of the wall.

10             Q      How thick is this wall?

11             A      I don't know exactly because there

12   is no way of actually measuring it but on the left

13   hand side, it's about two feet at the top. My guess

14   is at bottom of that stone wall, it's about four

15   feet or maybe more.

16             Q      How many cracks did you observe?

17             A      I recall one crack and there may

18   be-- well three is an another crack on the right

19   hand side as you look from Lafayette past the

20   corner.

21             Q      Two cracks that you observed?

22             A      Yes.

23             Q      You testified and again I'm not

24   sure of the terminology but there were most likely

25   rod reinforcement?