1    A    Yes
2    Q    Is that for the stone portion of
3 the wall?
4    A    Yes, that is correct.
5    Q    Did you actually have an
6 opportunity to observe if those rods had been
7 reinforced?
8    A    If those rods were reinforced, yes,
9 there were steel plates on them but they were
10 somewhat rusty.
11    Q    You testified that most likely
12 those rods were reinforced with concrete?
13    A    I don't know about those in the
14 stone wall, I only referred to the so called
15 "deadman" that were holding the block wall.
16    Q    Okay?
17    A    But some type of rods were put
18 through the stone wall quite some time back.
19    Q    So there are two different types of
20 rods?
21    A    Yes, or to different types of
22 installations with similar rods.
23    Q    And the rods are also known as tie
24 backs, am I using the terms correctly?
25    A    Yes.

1    Q    And the reinforced tops of tie
2    backs that are reinforcing the stone wall you
3    observed rusting; is that accurate?
4    A    Say again that again.
5    Q    You observed rusting on those --
6    A    Yes.
7    Q    How many of those tie backs were
8    rusted?
9    A    Well each of them was and I don't
10   know the total number but I think it was anywhere
11   from four to six, maybe a bit more but they were
12   each rusted, yes.
13   Q    Now, the portion between the-- let
14   me refer to your respect, in your report you
15   mentioned that the upper wall shifted toward 2
16   Lafayette?
17   A    Yes.
18   Q    Could you describe what you mean by
19   shifted?
20   A    It was a lateral movement from 2
21   Lafayette.
22   Q    Meaning going straight across?
23   A    Yes, but I think also there was a
24   bit of a tilt that occurred as well.
25   Q    On the --

Lafayette and it slid.

Q   Was that obvious from the Huguenot side as well as the Lafayette side?

A   Not as easily from the Huguenot side but you could see that the tilt in the wall occurred by the surface of the back of the wall and the other part could be seen from 2 Lafayette.

Q   How far is that shift or leaning as you said, was going along that --

A   A section of about perhaps a third or a quarter where the wall shifted out, the rest was reasonably aligned with the stone wall.

Q   And you believe the tie backs were correcting that condition?

A   At which portion of the wall?

Q   Of that shift that you are referring to that went about --

A   Two possibilities, again, it could have been that originally these were installed and ment to hold the block wall and prevent movement and maybe those that were unseen below the grade shifted slightly and finally took hold or corrective work was done later putting in the rods to devices concrete or whatever and it's the steel

1   plates that are visible.

2       Q    If the first scenario is true and
3   it's original construction, is it fair to say, in
4   your experience, that with time the condition will
5   only get worse?
6       A    Yes, that the condition had
7   stabilized.
8       Q    Stabilize or would get worse?
9       A    No, stabilize.
10      Q    Over time if a condition from old
11  construction has caused the wall to shift, you
12  would expect the shift to stop on it's own or would
13  you expect it to get worse?
14      A    I thought that if the rods were put
15  in and as part of the original construction, there
16  might have been some initial movement that finally
17  locked in by gravity by friction and that there was
18  not going to be any additional movement.
19      Q    And you would not expect any kind
20  of reinforcement to give way?
21      A    No.
22      Q    Over time?
23      A    No, I did not expect that to occur,
24  no.
25      Q    Interesting. And if it is work that

1  is done in a corrective fashion, would you say that
2  the condition has been corrected?
3      A    I think that was the intent, yes.
4      Q    Would you say the condition had
5  been corrected, regardless of whether the intent
6  was there or not, would you say the condition has
7  been corrected?
8      A    I would say the work was done
9  stabilizing and it correcting it, yes.
10     Q    Again, you did not investigate
11 whether or not these tie backs had actually been
12 reinforced with concrete, is that fair to say?
13     A    No, I did not have the opportunity
14 to do any investigation.
15     Q    Was it within your expertise to do
16 that sort investigation or further analysis?
17     A    No, it would require investigating
18 the rear yard to find out what the material is.
19     Q    I take it that is an expense, quite
20 a large expense?
21     A    Yes, it a large expense.
22     Q    Approximately, how much?
23     A    I don't know but it would be fairly
24 expensive, a new driveway would have to be torn up,
25 including other areas, so those places would have

1  to be restored and the expense would be
2  substantial.
3        Q    You said earlier that there were
4  several reasons for the stucko work, one of which
5  was to make the wall look nicer?
6        A    Yes.
7        Q    Again, with time and water and
8  elements, is it fair to say that the stucko would
9  eventually give way or wear out or something else?
10       A    It's possible with weather being
11 another condition.
12       Q    Approximately, how long with the
13 type of stucko and the type of cracks that you
14 observed?
15       A    I would think that if all things
16 stay as I see them, some cracks with the
17 temperature might develope on the wall but that is
18 about all I would expect.
19       Q    In your experience, do you consider
20 a wall to be stable if a portion of the wall has
21 shifted away?
22       A    It could be, yes, sure.
23       Q    It could be?
24       A    In this case, yes.
25       Q    It's possible that it could not be;

1    correct.

2    A    It is possible, it's a matter of
3    opinion.
4    Q    You have expressed that opinion
5    without knowing the nature of this reinforced tie
6    back that you testified to earlier?
7    MRS. MULLINS: Objection, Your
8    Honor.
9    THE COURT: Overruled.
10   A    That is correct.
11   MRS. FIORE: Thank you, no further
12   questions.
13   THE COURT: Redirect?
14   MRS. MULLINS: Just one question.
15   REDIRECT EXAMINATION BY MRS. MULLINS:
16   Q    The tie backs in the upper portion
17   of wall, these large one by one foot plates that
18   have rods I guess?
19   A    Yes.
20   Q    In your experience, in your thirty
21   years as an engineer, is it more probable than not
22   that something is at the end of those rods that
23   they are connected to?
24   A    It has to be.
25   Q    It would not make sense to insert a

```
 1   rod without any fixation of that and of it; would
 2   it?
 3            A    It would be totally useless.
 4            Q    You talked about the rusting of
 5   some of tie backs, that was in reference to the
 6   lower portion of the stone wall; is that correct?
 7            A    Yes.
 8            Q    And clearly your opinion is that
 9   the wall is stable as is the upper portion; is that
10   right?
11            A    Yes.
12            MRS. MULLINS: I have nothing
13       further, Your Honor.
14            MRS. FIORE: One more question, Your
15       Honor.
16            THE COURT: Please make it within the
17       scope of.
18            MRS. FIORE: It is.
19   RECROSS EXAMINATION BY MRS. FIORE:
20            Q    What is the condition of those
21   upper tie back on the concrete?
22            A    The steel plates are rusted but the
23   rods are quite good looking, there is no rust on
24   the roads at all maybe they are stainless steel.
25            Q    Which portion is rusted?
```

1          A       the upper portion, the brick wall.
2   the tie backs.
3          Q       Those are the tie backs I'm talking
4   about, so which portion of-- you said they are
5   rusted, which portion is rusted?
6          A       The steel plates have some surface
7   rust, the rods themselves do not.
8               MRS. FIORE: Thank you for your
9   testimony.
10              THE COURT: Call your next witness.
11              MRS. MULLINS: We call John Coppola,
12  an engineer.
13              MRS. FIORE: I object. We already
14  heard from one expert. I think that this is
15  repetitive and unnecessary and I would like
16  at this time if Your Honor is inclined to
17  not grant my objection, I ask for an offer
18  of proof.
19              THE COURT: Let's hear an offer of
20  proof.
21              MRS. MULLINS: He going to very, very
22  belief. There has been obviously sufficient
23  testimony by Mr. Annunziata on the issues
24  of the wall. I did have Mr. Coppola look at
25  the wall and he also an engineer structural

|  |  |
|---|---|
| 1 | civil engineer with many years of |
| 2 | experience and he would only render an |
| 3 | opinion as to the stability of the wall. |
| 4 | The case here -- |
| 5 | THE COURT: That is what the case is |
| 6 | about, so in light of offer of proof, I am |
| 7 | inclined to allow this witness to testify. |
| 8 | MRS. MULLINS: Thank you. |
| 9 | THE COURT: Step up and I will swear |
| 10 | you in. |
| 11 | J O H N  C O P P O L A, a witness herein, having |
| 12 | been first duly sworn by the Court, was examined |
| 13 | and testified as follows: |
| 14 | DIRECT EXAMINATION BY: MRS. MULLINS: |
| 15 | Q    Mr. Coppola, good morning. Could |
| 16 | you tell the Court your profession please? |
| 17 | A    Professional engineer in the State |
| 18 | of New York and have a bachelors degree in civil |
| 19 | engineering from Polytec University. |
| 20 | Q    When did you graduate from |
| 21 | engineering school? |
| 22 | A    1974 at night, evening division. |
| 23 | Q    Are you also licensed by the State |
| 24 | of New York? |
| 25 | A    Yes, I am. |

1       Q      When did you receive your license?

2       A      1976.

3       Q      Could you briefly tell the Court your employment history as an engineer?

5       A      In 1962 I worked with the City of New York in the Department of Public Works. I retired in 1992 in various positions within the agency. Since 1992, I have been doing private work. The last two or three years, I have been consulting for a specific firm in Valhalla as a professional engineer.

12      Q      During the course of your employment and as an engineer for these years that you were licensed, did you have occasion or did you have occasion to view and inspector or be involved in the design of retaining walls?

17      A      Yes, I have.

18      Q      Could you estimate, for the Court, over the course of your career, in numbers, how many retaining walls have you been involved with, whether the inspection or design?

22      A      I designed approximately a dozen and inspected the construction of and supervised the construction of close to a hundred, not all the walls I designed were concrete but I designed