# VOUTÉ, LOHRFINK, MAGRO & COLLINS, LLP
COUNSELORS AT LAW

170 HAMILTON AVENUE
WHITE PLAINS, NEW YORK 10601-1789

CHARLES D. LOHRFINK, JR.
RICHARD L. MAGRO
CHARLES A. COLLINS, JR.
RALPH F. SCHOENE * †
JOAN S. LEVIN
KEVIN P. FITZPATRICK ✧

TELEPHONE: (914) 946-1400
FACSIMILE: (914) 946-8024
E-MAIL: vlmc@vlmc-law.com
WEBSITE: www.vlmc-law.com

NEW YORK OFFICE

100 PARK AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 867-9797
FACSIMILE: (212) 867-5959

HAL ROBERTS *
JOSEPH B. FAILLA ✧
GAIL A. RUECKEL
LAURA K. SILVERSTEIN

## MEMO ENDORSED

ELLIOT A. CRISTANTELLO
Managing Attorney

ARTHUR J. VOUTÉ, JR.
Of Counsel
Fellow American College
of Trial Lawyers

CATHERINE F. GALE
KEVIN J. MULLINS ▫
KEVIN P. SWEENY
Of Counsel

†Also Admitted in Illinois
✧Also Admitted in New Jersey
*Also Admitted in Connecticut
▫Also C.P.A. and C.F.P

July 3, 2008



**Via Fax only 914-390-4179**
Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

        Re:   Rotenberg/Dickson v. Greenwald, et al
              Case No.: 08 CIV 4703
              Our File No.: 999-11-20325

Dear Judge Robinson:

I represent defendants Blaine Greenwald and Jayne Greenwald in the above captioned matter, and in that capacity filed a pre-answer motion to dismiss with the court on June 30, 2008. The original motion was accepted by the clerk's office on the 1st floor and a courtesy copy was left at your Honor's Chambers.

On July 1st I received a telephone call from Barbara of the clerk's office informing me that the motion needed to be filed electronically. I spent the better part of the afternoon and the early part of the evening filing the motion, supporting affirmation and affidavits, accompanying memorandum of law and exhibits. This endeavor was largely successful, the one exception being a series of color photographs, designated as Exhibit "D", which ECF was unable to accept. I placed a telephone call to Barbara seeking guidance. When I did not receive a return phone call I went to the clerk's office,

Hon. Stephen C. Robinson  July 3, 2008
File: 999-11-20325  Page 2

and in so doing I learned that Barbara was on vacation. I spoke with a woman whose name I believe to be Theonia, who suggested that I write this letter to your Honor requesting permission to file the color photographs directly with the clerk's office rather than submit them electronically. As you consider this request please note that the original motion has not been returned to me by the clerk's office, leading me to infer that it, and the photographs, are still there.

Thank you for your kind consideration.

Very truly yours,

Ralph F. Schoene

RFS/rl
cc via fax only:
212-557-7765
MICHAEL J. ANDREWS, P.C.
Attorneys for Plaintiffs
60 East 42nd Street, 47th Floor
New York, New York 10165
(212) 557-7767

cc via fax only:
516-741-9060
MIRANDA & SOKOLOFF, ESQS.
Attorneys for Defendants
THE TOWN OF MAMARONECK and
RONALD A. CARPANETO
240 Mineola Blvd.
Mineola, New York 11501
(516) 741-8388

*Defendants Greenwald may file photographs in this case directly with the Clerk's Office rather than electronically.*

SO ORDERED
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
7/22/08