# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN◊
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
MARIA THOMAS
NANCY R. SCHEMBRI◊□
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
PATRICK J. MALONEY
JONATHAN B. ISAACSON*
ANNE ZANGOS
KELLY C. HOBEL*

\* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
"RESIDENT IN WESTCHESTER

July 28, 2008

July 28, 2008

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

## MEMO ENDORSED

Re: *Rotenberg v. The Town of Mamaroneck, et al*
08 Civ. 4703 (SCR)
Our File No. 07-508

Your Honor:

We represent defendants the Town of Mamaroneck and Robert A. Carpaneto in the above-referenced case. All parties previously agreed to a briefing schedule by which defendants' were to file a pre-answer motion to dismiss on or before July 28, 2008.

We respectfully request that defendants' time to file a pre-answer motion in this action be extended from July 28, 2008 to Monday, August 4, 2008. Plaintiffs' counsel has consented to the extension of time. There have been no prior requests to adjourn the motion. This request does not alter the remaining briefing schedule set by the parties. As such, the parties have agreed on the following revised briefing schedule, subject to Your Honor's approval:

- Defendants' motions to dismiss shall be filed on or before August 4, 2008;


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

---

THE HONORABLE STEPHEN C. ROBINSON
JULY 28, 2008
PAGE 2 OF 2

- Plaintiffs' opposition papers shall be filed on or before September 8, 2008; and

- Defendants' reply papers shall be filed on or before September 29, 2008.

Thank you for your consideration of this request. Should you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP

*Ondine Slone/KM*

ONDINE SLONE

CC:

Michael J. Andrews, P.C.
Attorneys for Plaintiff
60 East 42nd Street
New York, New York 10165

Vouté, Lohrfink, Magro & Collins, LLP
Attorneys for Defendants Greenwald
170 Hamilton Avenue
White Plains, New York 10601-1789

**APPLICATION GRANTED**

*Stephen C. Robinson*   7/29/08

HON. STEPHEN C. ROBINSION