UNITED STATES DISTRICT COURT
SOUTHERN DISRTICT OF NEW YORK
-----------------------------------------------------------X
GARY R. ROTENBERG and JANE J. DICKENSON,   08 Civ. 4703 (SCR)
                     Plaintiff(s),
      vs.   **NOTICE OF MOTION**

THE TOWN OF MAMARONECK, RONALD A.
CARPANETO (individually), JAYNE GREENWALD
and BLAINE GREENWALD

                     Defendants.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Ondine Slone dated August 4, 2008 and the exhibits annexed thereto; including the affidavit of Ronald A. Carpaneto sworn to on September 13, 2007; the Memorandum of Law in Support of Defendants' Motion to Dismiss; and upon all pleadings and proceedings heretofore had herein, defendants the Town of Mamaroneck and Ronald A. Carpaneto, by their attorneys, Miranda Sokoloff Sambursky Slone Verveniotis LLP, will move this Court before Honorable Stephen C. Robinson, United States District Judge, in the United States District Court for the Southern District of New York, located at the U.S. Courthouse, 300 Quarropas St., Room 633, White Plains, New York 10601, on a date and time to be determined by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing this action in its entirety, and for such other and further relief as this Court deems proper and just.

**PLEASE TAKE FURTHER NOTICE** that opposition papers are to be served by September 8, 2007.

Dated: Mineola, New York
August 4, 2008

ONDINE SLONE [OS-8351]
Miranda Sokoloff Sambursky
Slone Verveniotis LLP
Attorneys for Defendants
The Town of Mamaroneck and
Ronald A. Carpaneto
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-508

TO: Michael Andrews, P.C.
Attorney for Plaintiffs
60 East 42nd Street, 47th Floor
New York, New York 10165

Voute, Lohrfink, Magro & Collins, LLP
Attorneys for Defendants
Jayne Greenwald and Blaine Greenwald
170 Hamilton Avenue
White Plains, New York 10601-1789