

# MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S DIRECT DIAL:
(516) 741-8388

WRITER'S E-MAIL:
OSLONE@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
PATRICK J. MALONEY
JONATHAN B. ISAACSON*
ANNE ZANGOS
KELLY C. HOBEL*

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER



July 17, 2008

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:  *Rotenberg v. The Town of Mamaroneck, et al*
         08 Civ. 4703 (SCR)
         Our File No. 07-508

Your Honor:

  We represent defendants the Town of Mamaroneck and Robert A. Carpaneto in the above-referenced case. Counsel for the co-defendants, Jayne and Blaine Greenwald has recently filed a pre-answer motion to dismiss this action pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure, which is presently returnable July 28, 2008.

  Defendants the Town of Mamaroneck and Robert A. Carpaneto will also be filing a pre-answer motion to dismiss the plaintiff's Complaint. As such, the parties have agreed on the following briefing schedule, subject to Your Honor's approval:

- Defendants' motions to dismiss shall be filed on or before July 28, 2008;

- Plaintiff's opposition papers shall be filed on or before September 8, 2008; and

- Defendants' reply papers shall be filed on or before September 29, 2008.

SO ORDERED

*/s/ Stephen C. Robinson*
8/4/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

---

THE HONORABLE STEPHEN C. ROBINSON
JULY 17, 2008
PAGE 2 OF 2

 

Thank you for your consideration of this request. Should you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

*/s/ Ondine Slone*
ONDINE SLONE

CC:

Michael J. Andrews, P.C.
Attorneys for Plaintiff
60 East 42nd Street
New York, New York 10165

Vouté, Lohrfink, Magro & Collins, LLP
Attorneys for Defendants Greenwald
170 Hamilton Avenue
White Plains, New York 10601-1789