Affidavit of Service

STATE OF NEW YORK        )
                         ) SS:
COUNTY OF WESTCHESTER    )

Rosalie Luisi being sworn says:

I am not a party to the action, am over 18 years of age and reside in West Harrison, N.Y.

On June 30, 2008, I served a true copy of the annexed NOTICE OF MOTION, AFFIRMATION AND AFFIDAVITS IN SUPPORT, PACKET OF EXHIBITS AND MEMORANDUM OF LAW by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

MICHAEL J. ANDREWS, P.C.
Attorneys for Plaintiffs
60 East 42nd Street, 47th Floor
New York, New York  10165
(212) 557-7767

MIRANDA & SOKOLOFF, ESQS.
Attorneys for Defendants
THE TOWN OF MAMARONECK and
RONALD A. CARPANETO
240 Mineola Blvd.
Mineola, New York  11501
(516) 741-8388

/s/
_____
Rosalie Luisi

Sworn to before me on the
30th day of June, 2008.

/s/
_____